UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONGYING CAO,

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al.,

Respondents.

No. 1:26-cv-05033-DAD-SCR

ORDER TO SHOW CAUSE

On June 30, 2026, petitioner filed a petition for writ of *habeas corpus* (Doc. No. 1) and motion for temporary restraining order (Doc. No. 2). On July 14, 2026, the court ordered that this case be related and reassigned to the undersigned. (Doc. No. 10.) In that order, the court also directed respondents to inform the court no later than Wednesday, July 15, 2026 at 5 p.m. of the status of petitioner's removal proceedings, including whether petitioner has filed an appeal of his removal order, supported by documentation or declaration if possible. (*Id.* at 2.) As of the signing of this order to show cause on July 16, 2026 at 10:54 a.m., it appears respondents have failed to file the requested information. Accordingly, the court ORDERS respondents to SHOW CAUSE in writing no later than July 16, 2026 at 5:00 P.M. why this court's order (Doc. No. 10)

/////

/////

was not followed. Failure to timely show cause will result in the court summarily granting the petition.

IT IS SO ORDERED.

Dated: **July 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE